UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| LANCE KERRY CARLSON,<br><br>                     Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>                     Defendant. | Case No. CV-20-082-H-SEH<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 13), The ALJ's decision is REVERSED. The case is REMANDED with instructions to award disability benefits to Carlson.

      Dated this 17th day of June 2021.

                                        TYLER P. GILMAN, CLERK

                                        By: /s/ Heidi Gauthier
                                        Heidi Gauthier, Deputy Clerk