IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| LANCE KERRY CARLSON,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security<br>Administration,<br><br>　　　　　　　Defendant. | No. CV 20-082-H-SEH<br><br>**ORDER** |

On August 18, 2021, Plaintiff filed an unopposed application for an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(3) seeking $7,137.24 in attorney fees.[1]

---

[1] Doc. 15.

ORDERED:

Plaintiff's Application for Award of EAJA Fees[2] is GRANTED.

DATED this 2nd day of September, 2021.

*Sam S Haddon*

SAM E. HADDON
United States District Judge

---

[2] Doc. 15.